## YANCY v. STATE. (No. 12574.)

Court of Criminal Appeals of Texas. April 3, 1929.

W. B. Howard, of Childress, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for driving an automobile while intoxicated; punishment, a fine of $150.

Under our statute the offense charged against appellant is a felony. Before a felony conviction becomes final, there must be a sentence, and this must appear in the record on appeal. We find in this record no sentence. There being no final judgment, we are without jurisdiction to review this case. McFadden v. State, 108 Tex. Cr. R. 166, 300 S. W. 54.

The appeal is dismissed.